# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| | |
|---|---|
| **CR 22-CR-1520 JB** | **UNITED STATES vs. THOMPSON** |

### Before The Honorable John F. Robbenhaar, United States Magistrate Judge

| | | | |
|---|---|---|---|
| Hearing Date: | April 8, 2024 | Time In and Out: | 1:34 pm -2:02 pm |
| Clerk: | Kim | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Ashley Thompson | Defendant's Counsel: | Jedidiah James Glazener |
| AUSA: | Timothy Trembley | Interpreter: | N/A  ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn   ☐ First Appearance
- ☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Superseding Indictment**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **Superseding Indictment** Count 9
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentencing Date: **to be notified**
- ☒ Defendant to Remain in Custody
- ☐ Present conditions of release continued   ☐ Conditions changed to:
- ☐ Penalty for failure to appear explained
- ☒ Presentence Report Ordered   ☐ Expedited (Type III)

Other Matters: Glazener-proffers release to treatment program; USA-concurs; PO-responds; Court-findings (release to Darrin's Place on Friday 4/12, for inpatient treatment)