PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs Ashley Thompson					Docket No. 1:22CR01520-003LF

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Joann Griego, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of Ashley Thompson who was placed under pretrial release supervision by the Honorable Laura N. Fashing United States Magistrate Judge, sitting in the Court at Albuquerque, New Mexico, on April 12, 2024, with conditions which included the following:

> **(7)(n) The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.**

> **(7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.**

**Respectfully presenting petition for action of court and for cause as follows:**

On July 15, 2025, the defendant submitted to drug testing at Counseling World (CW) in Albuquerque, New Mexico. On July 18, 2025, this test returned positive for amphetamine and was submitted to the Abbott National Laboratory for confirmation. On July 20, 2025, the defendant submitted another random drug test at CW, and this officer was notified by the collector the defendant flushed an eye-cleaning bottle down the toilet. The collector reported the defendant had bloodshot eyes, and she was fidgety and in a rush.

On July 21, 2025, this officer contacted the defendant and addressed her random drug test collected on June 20, 2025, in addition to her positive drug test for amphetamine collected on July 15, 2025. The defendant readily admitted to using methamphetamine.  She reported she relapsed a couple weeks ago, and she last used on July 19, 2025. The defendant stated she was scared to test positive when called in for her drug test on July 20, 2025, and she chose to use "clean urine" which she obtained from a friend.

PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

The defendant further admitted to consuming alcohol on July 20, 2025.

On July 21, 2025, the defendant reported to the United States Probation Office in Albuquerque, New Mexico, to provide an accurate urine sample, and signed an admission form, admitting to the use of methamphetamine based off the test results collected on July 15, 2025, last using methamphetamine on July 19, 2025, and consuming alcohol on July 20, 2025.

PRAYING THAT THE COURT WILL ORDER A SUMMONS FOR THE DEFENDANT'S APPEARANCE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2025

*Joann Griego*
Joann Griego
United States Probation Officer
Cell #: 505-537-0011

Place: Albuquerque, New Mexico