UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
**SENTENCING MINUTE SHEET**

| | | | | |
|---|---|---|---|---|
| CR No. | **22-1520 JB** | | USA v. | **MARTINEZ, et al.** |
| Date: | **July 16, 2026** | | Name of Deft: | **Ricky Eddie Martinez Jr.** |
| Before the Honorable | **James O. Browning** | | | |

| | | | |
|---|---|---|---|
| Time In/Out: | **9:23 a.m. – 10:35 a.m.** | Total Time in Court: | **1:12** |
| Clerk: | **C. Padilla** | Court Reporter: | **J. Bean** |
| AUSA: | **Tim Trembley and Brittany DuChaussee** | Defendant's Counsel: | **Carter Harrison, Appointed** |
| Sentencing in: | **ABQ** | Interpreter: | **N/A** |

| | | | | | |
|---|---|---|---|---|---|
| Probation Officer: | **Jeff Martinez and Daniella Martinez** | Sworn? | | Yes | No |
| Convicted on: | X Plea | Verdict | As to: | | Information | X SS Indictment |

| | | | | | |
|---|---|---|---|---|---|
| Plea: | X Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| Plea Agreement: | X Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **October 08, 2025** | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Reviewed PSR Factual Findings and USSG Calculations and Adopts as Its Own | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | **None.** | | | | |

| | |
|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): **As to each of Counts S1,S3,S5, and S7 a term of 240 months is imposed; said term shall run concurrently. As to Count S8, a term of 120 months is imposed; said term shall run concurrently to Counts S1,S3, S5 and S7. The sentences imposed in Counts S1, S3, S5,S7 and S8 will also run concurrently to the sentence imposed in First Judicial District case number D-117-CR-2026-00010. As to Count S6 a term of 120 months is imposed, said term shall run consecutively to all other counts for a total term of 480 months.** |

| | | | | |
|---|---|---|---|---|
| Supervised Release: | **3 years as to each count; said terms shall run concurrently.** | Probation: | | X 500-Hour Drug Program |

**SPECIAL CONDITIONS OF SUPERVISION**

| | | | |
|---|---|---|---|
| X | Parties have reviewed the standard and special conditions listed in Attachment A. | X | Parties have no objections to the conditions listed in Attachment A. |
| X | Parties waive the reading of conditions. | X | Conditions are imposed as listed in Attachment A. to include the justification and nexus of the conditions listed. |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | **6,051.89** |
| SPA: $ | **600.00     ($100 as to each count)** | Payment Schedule: | X Due Immediately / Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| X | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |

| X | Recommended place(s) of incarceration: | **USP or FCI Tucson, Tucson, AZ if appropriate.** |
|---|---|---|
| X | Dismissed Counts: | **S2 and S4** |
| | OTHER COMMENTS | Court calls case, parties enter appearances. Court addresses defense and Defendant regarding review of PSR and Addendum, parties respond they have reviewed the documents. Upon Court's inquiry, Govt. orally moves for third level reduction based on acceptance and informs will submit written motion and proposed form or order re: same at later time; Court grants. Court-asks AUSA about State Case. AUSA-the State case was resolved. Defense counsel addresses Court to include argument in support of a low end sentence. Defendant allocutes. AUSA–seeks a sentence at the high-end of the guidelines. Victims family provide impact statements. Court imposes sentence and accepts plea agreement. Parties waive formal reading of special conditions and have the Court adopt the special conditions listed in Attachment A, Doc 175. Defense requests a recommendation to Tucson likely USP but they have both USP and FCI. USPO indicates Tucson is appropriate. AUSA-no objections. Court recommends same. Nothing further. |